MARY SUSAN FURCHES v. ASHLEY PRESNELL MOORE

No. 803DC291

(Filed 19 August 1980)

**Appeal and Error § 6.3– denial of change of venue – interlocutory order – premature appeal**

Defendant's purported appeal from an interlocutory order denying defendant's motion for a change of venue pursuant to G.S. 1-83(2) for the convenience of the witnesses and the ends of justice is dismissed as premature.

APPEAL by defendant from *Ragan, Judge.* Order filed 19 November 1979 in District Court, CARTERET County. Heard in the Court of Appeals 30 July 1980.

*Neil B. Whitford for plaintiff appellee.*

*Alexander & McCormick, by Sydenham B. Alexander, Jr. and John G. McCormick, for defendant appellant.*

MARTIN (Harry C.), Judge.

Defendant attempts to appeal as a matter of right to this Court from the discretionary order of the trial court denying defendant's motion for change of venue pursuant to N.C.G.S. 1-83(2), for the convenience of witnesses and the ends of justice. Defendant cannot so do. The order of Judge Ragan was an interlocutory order, not finally disposing of the case. N.C. Gen. Stat. 7A-27(c). It does not fall within the provisions of N.C.G.S. 7A-27(d), which allows appeal as a matter of right from certain interlocutory orders. Defendant's appeal must be and is

Dismissed.

Judges ARNOLD and ERWIN concur.